Craig Allen Roemer T707712
Name and Prisoner/Booking Number

4th Ave Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌──────────────────────────────┐
│ _X_ FILED      __ LODGED     │
│ __ RECEIVED    __ COPY       │
│                              │
│        MAR 2 4 2022          │
│ CLERK U S DISTRICT COURT     │
│   DISTRICT OF ARIZONA        │
│ BY_____ DEPUTY      │
└──────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

CRAIG ALLEN ROEMER,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) KIMBERLY S. TIRRELL,
(Full Name of Defendant)

(2)_____

(3)_____

(4)_____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV22-00469-PHX-DGC--ESW**
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____

2. Institution/city where violation occurred: 4th Ave Jail / PHX, AZ

**550/555**

## B.  DEFENDANTS

1. Name of first Defendant: _Kimberly S. Tirrell_____.  The first Defendant is employed
as: _Attorney / Prosecutor_____ at _Maricopa County Prosecutors Office_
          (Position and Title)                             (Institution)

2. Name of second Defendant:_____.  The second Defendant is employed as:
as:_____ at _____.
          (Position and Title)                             (Institution)

3. Name of third Defendant:_____.  The third Defendant is employed
as:_____ at _____.
          (Position and Title)                             (Institution)

4. Name of fourth Defendant:_____.  The fourth Defendant is employed
as:_____ at _____.
          (Position and Title)                             (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties:_____v. _____
        2.  Court and case number:_____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
              _____.

    b.  Second prior lawsuit:
        1.  Parties:_____v. _____
        2.  Court and case number:_____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
              _____.

    c.  Third prior lawsuit:
        1.  Parties:_____v. _____
        2.  Court and case number:_____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
              _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: A.R.S. Const. Art 2 § 4
4. Due Process Of Law

2. **Count I**. Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

- ☐ Basic necessities
- ☐ Disciplinary proceedings
- ☐ Excessive force by an officer
- ☐ Mail
- ☐ Property
- ☐ Threat to safety
- ☒ Access to the court
- ☐ Exercise of religion
- ☐ Other:_____
- ☐ Medical care
- ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Kimberly S. Tirrell Stated That IF I Did not Take Her Plea And want To Trial She Would Make Sure I Got More than what She Offered.

Prosecutor Used Threats And Intimidation To Deny Me Access To The Courts And My Right To A Trial

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Due To Her Threats And Intimidation I Almost Signed A 20 year Plea And Was Scared To Exercise My Right To A Trial.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Does not Apply

3

**COUNT II**

1. State the constitutional or other federal civil right that was violated: _____
   _____

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities          ☐ Mail            ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _____
   _____
   _____

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                         ☐ Yes      ☐ No
   2. Did you submit a request for administrative relief on Count II?           ☐ Yes      ☐ No
   3. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes      ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
      _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count III.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐Yes    ☐No
   2. Did you submit a request for administrative relief on Count III?    ☐Yes    ☐No
   3. Did you appeal your request for relief on Count III to the highest level?    ☐Yes    ☐No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.    REQUEST FOR RELIEF

State the relief you are seeking: That Kimberly S. Tirrell Remove HerselF From Cases CR2020-142412-001 JAnd CR2021-122391-001

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/18/22
               DATE
                                                          SIGNATURE OF PLAINTIFF

 

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

## <u>CERTIFICATION</u>

I hereby certify that on this date _____ **March 21, 2022** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

____ ____ _____

____ _____


Legal Support Specialist Signature

**A7879**
S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009