# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Craig Allen Roemer,<br><br>     Plaintiff,<br><br>v.<br><br>Kimberly S Tirrell,<br><br>     Defendant. | **NO. CV-22-00469-PHX-DGC (ESW)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May 19, 2022, Plaintiff to take nothing, and the complaint and action are dismissed for failure to state a claim. This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

Debra D. Lucas
District Court Executive/Clerk of Court

May 19, 2022

By  s/ D. Draper
    Deputy Clerk